1

UNITED STATES DISTRICT COURTY
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
)
v. )   Case No:
)   1:01-CR-I0151-MLW
DAVID W. PERRY )
)
)

# NOTICE OF "PRO SE" APPEARANCE
# OF THE DEFENDANT, DAVID PERRY

Now comes the Defendant, David Perry and respectfully notifies this Honorable Court of his "pro se" appearance filed in the above-captioned matter.

Respectfully submitted,
By the Defendant, David W. Perry
On his own behalf, pro se

DAVID PERRY, PRO SE DEFENDANT
10 Guild Street
Roxbury, MA 02119

(781)-727-9147

Dated: April 15, 2007